| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| CENTRAL DISTRICT OF CALIFORNIA |
| Case number *(if known)* _____  Chapter __11__ |
| ☐ Check if this an amended filing |

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy         06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
The Amadeus Trust under Declaration of Trust of January 24, 2000

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  
20-6379783

**4. Debtor's address**  

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 7095 Hollywood Blvd., #810<br>Los Angeles, CA 90002<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Los Angeles<br>County | **Location of principal assets, if different from principal place of business**<br>3800 Wailea Alanui Drive, Apt./Unit E201 Kihei, HI 96753<br>Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  

**6. Type of debtor**  
☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☒ Other. Specify:  Business Trust

Debtor    The Amadeus Trust under Declaration of Trust of January 24, 2000     Case number (*if known*) _____
          Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☐ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor  The Amadeus Trust under Declaration of Trust of January 24, 2000 _____  Case number (*if known*) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.  Insurance agency _____
      Contact name _____
      Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion

Debtor  The Amadeus Trust under Declaration of Trust of January 24, 2000    Case number (*if known*)
      Name

- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor  The Amadeus Trust under Declaration of Trust of January 24, 2000  Case number (if known) _____
　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 18, 2023
　　　　　　　　MM / DD / YYYY

X _____    Gerald Goldstein
　Signature of authorized representative of debtor    Printed name

Title   Trustee

**18. Signature of attorney**

X  /s/ Christopher A. Minier                            Date   May 18, 2023
　Signature of attorney for debtor                              MM / DD / YYYY

Christopher A. Minier
Printed name

Golden Goodrich LLP
Firm name

650 Town Center Drive Suite 600
Costa Mesa, CA 92626
Number, Street, City, State & ZIP Code

Contact phone   (714) 966-1000        Email address   cminier@go2.law

CA 190704
Bar number and State

Fill in this information to identify the case:

Debtor name: The Amadeus Trust under Declaration of Trust of January 24, 2000

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  May 18, 2023        X /s/ Gerald Goldstein, Trustee
                                   Signature of individual signing on behalf of debtor

                                   Gerald Goldstein
                                   Printed name

                                   Trustee
                                   Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | The Amadeus Trust under Declaration of Trust of January 24, 2000 |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | _____ |

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).   Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Amerigas<br>Attn: Officer<br>PO Box 371473<br>Pittsburgh, PA 15250 | | Services | | | | $0.00 |
| County of Maui Solid Waste<br>Attn: Officer<br>2200 Main Street, Suite 200<br>Wailuku, HI 96793 | | Services | | | | $0.00 |
| County of Maui Water Supply Supply<br>200 South High Street, #5<br>Wailuku, HI 96793 | | Services | | | | $0.00 |
| First Insurance Company of Hawaii<br>Attn: Shari Yamamoto<br>615 Pikoi Street, Suite 1901<br>Honolulu, HI 96814 | | Insurance | | | | $0.00 |
| Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>P.O. Box 2952<br>Sacramento, CA 95812-2950 | | Notice Only | | | | $0.00 |
| Gerald Goldstein<br>7095 Hollywood Blvd., #810<br>Los Angeles, CA 90028 | | Loans | | | | $500,000.00 |

Debtor  The Amadeus Trust under Declaration of Trust of January 24, 2000
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Hawaii Electric<br>Attn:  Officer<br>PO Box 30260<br>Honolulu, HI 96820-0260 | | Services | | | | $0.00 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | | Notice Only | | | | $0.00 |
| Paul L. Horikawa, Commissioner<br>2233 Vineyard Street, Suite E<br>Wailuku, HI 96793 | | Fees | | | | $0.00 |
| Spectrum Time Warner<br>Attn: Manager<br>58 Hookele Street, Suite 530<br>Kahului, HI 96732 | | Services | | | | $0.00 |

```
Amerigas
Attn:  Officer
PO Box 371473
Pittsburgh, PA 15250


AOAO Wailea Beach Villas
c/o Shannon S. Sheldon, Esq.
Berding & Weil, LLP 2145 Kaohu Street, S
Wailuku, HI 96793


County of Maui
Attn:  Manger
110 Ala'ihi Street
Kahului, HI 96732


County of Maui Solid Waste
Attn:  Officer
2200 Main Street, Suite 200
Wailuku, HI 96793


County of Maui Water Supply Supply
200 South High Street, #5
Wailuku, HI 96793


First Insurance Company of Hawaii
Attn:  Shari Yamamoto
615 Pikoi Street, Suite 1901
Honolulu, HI 96814


Franchise Tax Board
Bankruptcy Section, MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2950


Gerald Goldstein
7095 Hollywood Blvd., #810
Los Angeles, CA 90028
```

```
Har-Bronson Diversified, LLC
c/o Managing Member 11755 Wilshire Blvd.
Los Angeles, CA 90025


Hawaii Electric
Attn:  Officer
PO Box 30260
Honolulu, HI 96820-0260


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


Li % Tsukazaki
c/o Phillip A. Li, Esq.
733 Bishop Street, Suite 1770
Hana, HI 96713


Lloyd T. Workman, Esq.
8880 Rio San Diego Drive, Suite 725
San Diego, CA 92108


Paul L. Horikawa, Commissioner
2233 Vineyard Street, Suite E
Wailuku, HI 96793


RBZ, LLP
Attn: Member
9601 Wilshire Blvd., Suite 700
Beverly Hills, CA 90210


Spectrum Time Warner
Attn: Manager
58 Hookele Street, Suite 530
Kahului, HI 96732
```

```
U.S. Bank Trust, N.A. as Trustee for
LSF9 Master Participation Trust
c/o David B. Rosen, Esq. 1001 Bishop Str
Honolulu, HI 96813


Wailea Community Association
c/o Frank Pikrone 555 Kaukahi Street
Kihei, HI 96753
```